UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SCHUMACHER GROUP OF DELAWARE, INC. | CIVIL ACTION NO. 6:15-CV-02736 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the defendant's motions for partial summary judgment (Doc. 18 and 19) are DENIED, and the plaintiff's motion for summary judgment (Doc. 21) is DENIED.

Signed at Monroe, Louisiana, this 30th day of May 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE